UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

        Case No. 21-cr-20441
        Hon. TERRENCE G. BERG

vs.

HADEER GAPPY,

    Defendant.
_____/
STANLEY J. JANICE, JR.
U.S. Attorney's Office
211 W. Fort Street; Suite 2001
Detroit, MI 48226
313-226-9100
Email: lee.janice@usdoj.gov

SANFORD A. SCHULMAN
Attorney for Defendant:
    HADEER GAPPY
500 Griswold Street, Suite 2340
Detroit, Michigan 48226
(313) 963-4740
saschulman@comcast.net
_____/

## APPEARANCE OF RETAINED COUNSEL
## ON BEHALF OF HADEER GAPPY

    PLEASE ENTER the APPEARANCE of SANFORD A. SCHULMAN as Retained Counsel on behalf of HADEER GAPPY, in the regards to the above captioned matter now pending in the United States District Court, Eastern District of Michigan, Southern Division.

1

2

Kindly forward all notices to the undersigned.

                        Respectfully submitted,

                        <u>s/Sanford A. Schulman</u>
                        SANFORD A. SCHULMAN
                        Attorney for Defendant:
                              HADEER GAPPY
                        500 Griswold Street, Suite 2340
                        Detroit, Michigan 48226
                        (313) 963-4740
                        saschulman@comcast.net

Date:  July 9, 2021