UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

        Plaintiff,               Case No. 21-cr-20441
                                            Honorable Terrence G. Berg

vs.

D-1 Hadeer Gappy,
D-2 Harry Gappy,

        Defendants.

---

**First Amended Preliminary Order of Forfeiture
and Final Order of Forfeiture**

---

      On or about July 31, 2023, the United States filed an Application seeking entry of a First Amended Preliminary Order of Forfeiture and Final Order of Forfeiture in this action. The government's application is based on the following:

      On April 8, 2022 and July 14, 2022, the Court entered Stipulated Preliminary Orders of Forfeiture (ECF Nos. 37, 42) ordering the forfeiture of various assets in this action.

      The United States sent direct notice of the Stipulated Preliminary Orders of Forfeiture to potential claimants on November 4, 2022 (ECF No. 45), January 30, 2023 (ECF No. 47), and May 22, 2023 (ECF No. 48).

      The United States also published notice of the forfeiture and filed a Declaration of Publication with the court (ECF No. 46).

One potential claimant, Suhaila Gappy, timely notified the United States regarding her claims to property included in the Stipulated Preliminary Orders of Forfeiture. No other potential claimants have pursued claims to any of the property forfeited in the Stipulated Preliminary Orders of Forfeiture and the deadline to pursue claims for this property has passed.

On or about July 17, 2023, the United States entered into an Agreement with Suhaila Gappy to:

    a.    Return to Suhaila Gappy Five Hundred Fifty-Five Thousand Two Hundred Forty-Four dollars and Seventy-Three cents ($555,244.73) of the $741,073.63 in funds from Huntington Bank Acct #03382313205 (18-USS-000386), less any debt which the United States is authorized to collect from Suhaila Gappy, including but not limited to any debts collected through the Treasury Offset Program.

    b.    Suhaila Gappy agreed to release her claims for any other property forfeited in the Stipulated Preliminary Orders of Forfeiture entered in this action.

NOW THEREFORE, the Court orders as follows:

The Stipulated Preliminary Orders of Forfeiture (ECF No. 37 and ECF No. 42) are incorporated herein by this reference and amended as follows regarding Huntington Bank Acct #03382313205 (18-USS-000386). The amount forfeited

from this account shall be changed to: One Hundred Eighty-Five Thousand Eight Hundred Twenty-Eight dollars and Ninety cents ($185,828.90).

The forfeiture of the following property, included in the Stipulated Preliminary Orders of Forfeiture, as amended herein, shall be deemed final and the United States has clear title to this property and is authorized to dispose of it as prescribed by law:

a) $55,343.71 in funds from Bank of America Acct #006617232209 (18-USS-000383);

b) $314,877.00 in funds from Comerica Bank Acct #1230027508 (18-USS-000384);

c) $147,205.63 in funds from Elavon Merchant Acct #8030848413 (18-USS-000385);

d) $185,828.90 in funds from Huntington Bank Acct #03382313205 (18-USS-000386);

e) $800,486.48 in funds from TCF Bank Acct #3444000174 (18-USS-000387);

f) $3,601.29 in funds from TCF Bank Acct #4443472331 (18-USS-000388);

g) $611,491.06 in funds from TCF Bank Acct #7443943622 (18-USS-000389);

h) $535,291.42 in funds from TCF Bank Acct #8444268995 (18-USS-000390);

i) $306,320 U.S. Currency seized from XX46 Buena Vista Court, West Bloomfield, Michigan (18-USS-000442);

j) $32,174 and $5,000 U.S. Currency seized from XX23 W. 8 Mile Road, Detroit, Michigan (18-USS-000443; 18-USS-000461);

k) $368,939.50, $949.00 and $240.00 U.S. Currency seized from XX60 Victoria Drive, West Bloomfield, Michigan (18-USS-000444; 18-USS-000445; 18-USS-000460);

l) $5,194 U.S. Currency seized from X04 Woodhaven Drive, Commerce Township, Michigan (18-USS-000462); and

m) MoneyGram Money Order Numbers R107675090897, R107675090908, R107786581936, R107675090853, R107675090699, R107876447976, R107876447965, R107786580935, R107675090842, R107786581903, R107786582343, R107876447866, R107876447855, R107876447877 Valued at $1,000 each (18-USS-000446, 18-USS-000447, 18-USS-000448, 18-USS-000449, 18-USS-000450, 18-USS-000451, 18-USS-000452, 18-USS-000453, 18-USS-000454, 18-USS-000455, 18-USS-000456, 18-USS-000457, 18-USS-000458, 18-USS-000459).

The forfeiture Money Judgments entered against defendants in the Stipulated Preliminary Orders of Forfeiture remain in effect.

The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure 32.2(e).

**IT IS SO ORDERED.**

Dated: August 4, 2023                                /s/Terrence G. Berg_____
                                                     TERRENCE G. BERG
                                                     United States District Judge